UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00150 CW |
| Plaintiff, | ) ) | [~~PROPOSED~~] AMENDED PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) ) | |
| XIN SHAO a/k/a ANDY SHAO, | ) ) | |
| Defendant. | ) ) | |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on June 22, 2011 wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

Real Property and Improvements located at 1131 70th Avenue Oakland, California, APN 041-4133-006.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall post the forfeited real property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this 4th day of January, 2012.

_____
CLAUDIA WILKEN
United States District Judge